143 A.3d 382

Sheila LLOYD-the Benefactor (A Living Woman), Petitioner

v.

PENNYMAC CORP. et al; Phelan, Hallinan, Diamond & Jones, et al., Respondents.

No. 83 EM 2016.

Supreme Court of Pennsylvania.

July 22, 2016.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of July, 2016, the Application for Extraordinary and King's Bench Jurisdiction is **DENIED.**

Justice MUNDY did not participate in the consideration or decision of this matter.

143 A.3d 382

Bernadette PEOPLES—the Benefactor (a Living Woman), Petitioner

v.

BANK OF AMERICA, N.A. Trustee, et al; Justin Kirk, Esquire, Lipsky and Brandt Law Firm, et al., Respondents.

No. 82 EM 2016.

Supreme Court of Pennsylvania.

July 22, 2016.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of July, 2016, the Application for Extraordinary and King's Bench Jurisdiction is **DENIED.**

Justice MUNDY did not participate in the consideration or decision of this matter.